UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

Eastern District of Kentucky
**FILED**
OCT 3 0 2008
AT FRANKFORT
LESLIE G. WHITMER
CLERK U.S DISTRICT COURT

UNITED STATES OF AMERICA

V.                                    INFORMATION NO. 08-25-DCR

MERVIN PATRICK GETZEN

\* \* \* \* \*

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### 29 U.S.C. § 501(c)

On or about June 2004 continuing through on or about December, 2005

**MERVIN PATRICK GETZEN**

being an officer of a labor organization, the financial secretary of United Auto Worker Local # 2926, did embezzle, steal, and unlawfully and willfully abstract and convert to his own use the moneys and funds of the United Auto Workers Local # 2926, all in violation of 29 U.S.C. § 501(c).

JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

## **PENALTIES**

**COUNT 1:**   Not more than 5 years imprisonment, $10,000 fine, and 3 years supervised release.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.